

# THE ATTORNEY GENERAL
## OF TEXAS

AUSTIN 11, TEXAS

RICE DANIEL
ATTORNEY GENERAL

August 23, 1950.

Hon. C. Land
County Attorney
Hall County
Memphis, Texas

Dear Sir:

Opinion No. V-1096.

Re: Operation and effect of
an amendatory act that
re-enacts and publishes
an amended article of the
Revised Civil Statutes.

You have requested an opinion as to whether
a certain provision of Article 2943, Revised Civil
Statutes, as amended in 1937 /Acts 45th Leg., R.S.,
Ch. 295, p. 591/, was repealed when it was omitted
by an amendment of that Article, as amended in 1937,
in 1945, /Acts 49th Leg., R.S., 1945, Ch. 87, p. 128/.

Article 2943 and all amendments thereto pro-
vided for the compensation of judges and clerks of
general and special elections. This Article, as it
appeared in the Revised Civil Statutes and in the
amendment of 1937, contained a provision which read
as follows:

"The Judge who delivers the returns
of an election immediately after the votes
have been counted shall be paid Two Dollars
($2) for that service, provided the polling
place of his precinct is at least two (2)
miles from the courthouse, and provided also
he shall make returns of all election sup-
plies not used when he makes return of the
election." (Emphasis added).

All the provisions of the above quotation
were brought forward in the Amendatory Act of 1945,
except the one emphasized by us. You want to know
whether the provision so omitted was thereby repealed.

For the purpose of this opinion, it will
suffice to quote only the first section of each of
the amendatory acts mentioned in the first paragraphs
of this opinion.

Section 1 of the Amendatory Act of 1937
reads as follows:

Hon. C. Land, Page 2, (V-1096).

> "Article 2943, Revised Civil Statutes,
> State of Texas, 1925, be and the same is
> hereby amended to hereafter read as follows:
> . . ."

Section 1 of the Amendatory Act of 1945 reads as follows:

> "That Article 2943 of the Revised Civil
> Statutes of the State of Texas, as amended
> by the Acts of 1937, 45th Legislature, page
> 591, Chapter 295, be and the same is hereby
> amended so as to read as follows: . . ."

In <u>International & Great Northern Ry. Co. v. Bland</u>, 181 S.W. 504 (Tex. Civ. App. 1915), at page 506, the Court said:

> "It is a well-known rule of construc-
> tion that when the Legislature amends an
> article of the Revised Statutes by refer-
> ring to it by a number, as in this instance,
> declaring that it 'shall hereafter read as
> follows,' the article as amended is intend-
> ed by the Legislature to take the place in
> the Revised Statutes formerly occupied by
> the superseded article. In fact the lan-
> guage quoted permits of no other construc-
> tion."

It is stated in Volume 39 of Texas Jurisprudence, at pages 127, 128 and 147:

> "The operation and effect of an amend-
> atory act depend upon its character and
> scope. Obviously an act that re-enacts and
> publishes a prior law as a whole supersedes
> the original, although the actual changes
> effected are of a minor character, and al-
> though the construction of the new act may
> not differ materially from that of the old.
> Likewise, when a particular article or sec-
> tion is amended, by re-enactment and publica-
> tion in accordance with the constitutional
> requirement[1], the provision as amended becomes

---

1/ "No law shall be revived or amended by reference to
its title; but in such case the Act revived or the
section or sections amended, shall be re-enacted and
published at length." Tex. Const. Art. III, Sec. 36.

a part of the original statute and takes
the place of the provision amended, except
in so far as it may be preserved by a sav-
ing clause. . . An amendment operates to
repeal any provision of the original act
or section that is omitted."

"An amendatory act that recasts the
language of an existing statute operates
to repeal any omitted provision of the
original."

The constitutional requirement that a statute
must be amended by re-enactment and publication at length
was observed and followed by the Legislature in each of
the amendatory acts under consideration. Therefore, the
rules of construction heretofore cited are clearly appli-
cable to each of them, and, when so applied, the ultimate
result is that Article 2943, as amended in 1945, is now
the existing statute, and any provision, including the
one here under consideration, contained in the original
Article or in the amendment thereof by the Act of 1937,
and not now included therein, has been repealed.

## SUMMARY

A provision contained in Article 2943,
Revised Civil Statutes, 1925, as amended by
the Forty-Fifth Legislature, Regular Session,
1937, Chapter 295, page 591, which was omit-
ted in the subsequent amendment thereof by
the Forty-Ninth Legislature, 1945, Chapter
87, page 128, was thereby repealed. I.&G.N.
Ry. v. Bland, 181 S.W. 504 (Tex. Civ. App.
1915); 39 Tex. Jur. 126, 127, 147, Statutes,
Secs. 64, 79.

APPROVED:

C. K. Richards
Appellate Division

Everett Hutchinson
Executive Assistant

Charles D. Mathews
First Assistant

Yours very truly,

PRICE DANIEL
Attorney General

By

Bruce W. Bryant
Assistant

BWB:em:jmc